RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_lambrose@fd.org

Attorney for Keshawn Cox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KESHAWN COX,<br><br>    Defendant. | Case No. 2:18-CR-00102-RFB-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Keshawn Cox, that the pretrial motion deadline be continued two weeks.

  IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 9, 2018, to file any and all pretrial motions and notice of defense, currently due June 25, 2018.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 23, 2018, to file any and all responsive pleadings, currently due July 8, 2018.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 30, 2018, to file any and all replies to dispositive motions, currently due July 9, 2018.

1. On June 22, 2018, the government disclosed two CDs of additional discovery in this matter. Thus, defense counsel needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 25th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By _/s/ Margaret W. Lambrose_<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By _/s/ Robert Knief_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KESHAWN COX,<br><br>        Defendant. | Case No. 2:18-CR-00102-RFB-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On June 22, 2018, the government disclosed two CDs of additional discovery in this matter. Thus, defense counsel needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

3

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | IT IS THEREFORE ORDERED that the parties herein shall have to and including |
| 3 | July 9, 2018 to file any and all pretrial motions and notice of defense. |
| 4 | IT IS FURTHER ORDERED that the parties shall have to and including July 23, 2018 |
| 5 | to file any all responses. |
| 6 | IT IS FURTHER ORDERED that the parties shall have to and including July 30, 2018 |
| 7 | to file any and all replies. |
| 8 | DATED this <u>27th</u> day of June, 2018. |

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE