# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KESHAWN COX,<br><br>            Defendant. | Case No. 2:18-cr-102-RFB-NJK<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Presentence Investigation Report on Defendant Keshawn Cox.

    DATED this the 13th day of August, 2018.

                                                                           UNITED STATES MAGISTRATE JUDGE